UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PAMELA CORE, | : | Case No. 3:11-cv-166 |
| | : | |
| Plaintiffs, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael R. Merz |
| vs. | : | |
| | : | |
| CHAMPAIGN COUNTY BOARD OF COUNTY COMMISSIONERS, | : | |
| | : | |
| Defendant. | : | |

**ORDER GRANTING THE JOINT MOTION FOR EXTENSION (DOC. 28)
AND AMENDING THE CALENDAR ORDER**

This case is before the Court on the parties' Joint Motion for Extension of Discovery and Dispositive Motion Deadlines. (Doc. 28). For good cause shown, the Joint Motion is **GRANTED**. All remaining dates on the Court's previous Calendar Order (Doc. 5) are **VACATED** and reset as follows:

| | |
|---|---|
| Discovery deadline: | **June 1, 2012** |
| Dispositive motion deadline:* | **July 15, 2012** |
| Telephone status conference with Judge Black:** | **August 15, 2012 @ 10:00 a.m.** |
| Final pretrial conference, Dayton Room 902: | **November 8, 2012 @ 9:30 a.m.** |
| Jury trial in Dayton: | **November 26, 2012 @ 9:30 a.m.** |

**IT IS SO ORDERED.**

Date:  March 7, 2012                          *s/ Timothy S. Black*
                                                                Timothy S. Black
                                                                United States District Judge

* See the Standing Order Governing Civil Motions for Summary Judgment: http://www.ohsd.uscourts.gov/judges/fpblack.htm

** For telephone conferences on this Order, the parties shall call into 1-888-684-8852, and use the following codes: Access code: 8411435; Security code: 123456.