UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**PAMELA CORE,**            Case No.   **3:11-CV-166**

    Plaintiff,

                                                        **Judge Timothy S. Black**

**-vs-**

**CHAMPAIGN COUNTY BOARD
OF COUNTY COMMISSIONERS,**

    Defendant.

_____

### JUDGMENT IN A CIVIL CASE
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment (Doc. 48) is **GRANTED**, Plaintiff's claims are **DISMISSED**; and the case is **CLOSED** from the docket of the Court.

Date: October 17, 2012                                              **JOHN P. HEHMAN, CLERK**

                                                                               By: *s/ M. Rogers*
                                                                                   Deputy Clerk