# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**PAMELA CORE,**　　　　　　　　　　Case No. 3:11-CV-166

　　Plaintiff,

　　　　　　　　　　　　　　　　　　**Judge Timothy S. Black**

-vs-

**CHAMPAIGN COUNTY BOARD
OF COUNTY COMMISSIONERS,**

　　Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]　Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]　Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment (Doc. 48) is **GRANTED**, Plaintiff's claims are **DISMISSED**; and the case is **CLOSED** from the docket of the Court.

Date: October 17, 2012　　　　　　　　　　　　**JOHN P. HEHMAN, CLERK**

　　　　　　　　　　　　　　　　　　　　　　By: *s/ M. Rogers*
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk